**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES RIVER INSURANCE COMPANY,
a foreign corporation,

    Plaintiff,

vs.                                                CASE NO. 3:10-cv-23-J-32TEM

SM-ASHLEY PARK, LLC,
a Florida corporation, and
NORMAN HANLIN, an individual

    Defendants.

_____

**O R D E R**

This case came before the Court for a telephonic hearing[1] on October 7, 2010 regarding Plaintiff's Motion for Judgment Upon Default Against Defendant SM-Ashley Park, LLC (Doc. #8, Motion for Default Judgment), which has been referred to the undersigned for a report and recommendation (*see* Doc. #16, Court Order). Counsel for Plaintiff participated in the telephonic hearing, as did Mr. John S. Newsome, Manager of Defendant SM-Ashley Park, LLC (hereinafter, Ashley Park), and Ms. Kimberly M. McAllister, Esq., Registered Agent for Defendant Ashley Park.[2] Mr. Newsome's correspondence of

---

[1] The non-transcribed recording of the hearing is hereby incorporated by reference. The parties may contact the Courtroom Deputy of the undersigned if a transcript of the hearing is desired.

[2] *See* Doc. #5, Affidavit of Service, wherein Ms. McAllister accepted service of process in this case as the registered agent for Ashley Park. *See also*, www.sunbiz.org, Florida Department of State, Division of Corporations, Entity Name Search, SM-Ashley Park, LLC (last visited 10/6/2010). (The Court refers to this public website for informational purposes only. The Court accepts no responsibility for and does not endorse any content found at this website. Furthermore, the Court's opinion is not affected should this website cease
(continued...)

September 2, 2010 was previously entered into the record of this case, with permission of the Court (*see* Doc. #18).

During the course of the hearing, the Court was able to ascertain that Defendant Ashley Park is, in fact, a business corporation that falls squarely within the meaning of Local Rule 2.03(e), United States District Court, Middle District of Florida. The Court was advised the limited liability corporation (LLC) of Ashley Park is comprised of "many investors." Accordingly, the Court advised Mr. Newsome and Ms. McAllister that this suit as to Ashley Park may not proceed without legal counsel as contemplated in Local Rule 2.03(e). The Court further advised it would have no alternative but to recommend default judgment be granted against Defendant Ashley Park if a notice of appearance by legal counsel and a responsive pleading is not filed in this case on its behalf within the next two weeks. *See African Methodist Episcopal Church, Inc. v. Ward*, 185 F.3d 1201, 1203 (11th Cir. 1999) ("[t]he threat of default (and default judgment) is the court's primary means of compelling defendants in civil cases to appear before the court."). Plaintiff's counsel was given the opportunity to object to the two week deadline, and stated there was no objection.

Therefore, the parties are hereby given notice, Defendant SM-Ashley Park, LLC shall have until the close of business on October 21, 2010 to obtain legal representation in this matter, file a notice of appearance and file its responsive pleading. Failure to

---

$^{2}$(...continued)
to be available to be available in the future.)

comply with the mandates of this order shall result in the recommendation of the undersigned that default judgment be entered against this Defendant.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of October, 2010.

Copies to:

All counsel of record

SM-Ashley Park, LLC
9021 Town Center Pkwy
Lakewood Ranch, FL 34202
Attn: Mr. John S. Newsome

Ms. Kimberly M. McAllister, Esq.
Registered Agent
SM-Ashley Park, LLC
9021 Town Center Pkwy
Lakewood Ranch, FL 34202

**THOMAS E. MORRIS**
United States Magistrate Judge

3