**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES RIVER INSURANCE
COMPANY,

        Plaintiff,

vs.                                             Case No. 3:10-cv-23-J-32TEM

SM-ASHLEY PARK, LLC, et al.,

        Defendants.

**ORDER**

This case is before the Court on the Report and Recommendation (Doc. 28) of the assigned United States Magistrate Judge which recommends the Court deny Plaintiff's Motion for Judgment Upon Default against Defendant SM-Ashley Park, LLC (Doc. 8) and grant Ashley Park's Motion to Open and Set-aside Clerk's Default (Doc. 25). It is further recommended that the Court permit Ashley Park to file the proposed Answer and Affirmative Defenses, found attached as Exhibit B to the motion to set aside default (Doc. 25). No objections were filed and the time in which to do so has now passed. Accordingly, it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 28) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Judgment Upon Default against Defendant SM-Ashley Park, LLC (Doc. 8) is **DENIED**.

3. Defendant Ashley Park's Motion to Open and Set-Aside Clerk's Default (Doc. 25) is **GRANTED**.

4. Defendant Norman Hanlin's Motion to Set-Aside Default (Doc. 19) is **GRANTED**.

5. The Clerk is directed to file the Answer and Affirmative Defenses, found attached to the motion to set-aside the default (Doc. 25).

**DONE AND ORDERED** at Jacksonville, Florida this 8th day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

Counsel of Record